**2017–0154.   Horn v. Ohio Dept. of Ins.**
Lorain App. No. 15CA010892, 2017-Ohio-231. On motion to stay court of appeals' judgment. Motion

denied.

KENNEDY, J., dissents and would continue the stay with no bond required.